WWR # 10002038

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | CASE NO. 07-01432 |
| | JUDGE: Christopher A. Boyko |
| Plaintiff | |
| vs. | **ORDER TO VACATE SALE** |
| SHRAE HURT, et al. | |
| Defendants | |

This matter comes before this Court upon the Motion of the Plaintiff to vacate the Sale held on December 10, 2007. The Court being fully advised, hereby finds said motion well taken and hereby sustains the same.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Sale held on December 10, 2007, is hereby vacated. This case shall remain stayed until further notification of the Bankruptcy Court that relief from stay has been granted.

IT IS SO ORDERED.

_Christopher A. Boyko_
JUDGE

APPROVED:

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Benjamin N. Hoen
BENJAMIN N. HOEN (0077704)
Attorney for Plaintiff
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
(216) 685-1170 FAX: 216-363-4180
e-mail: bhoen@weltman.com

FILED
JAN 14 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND