WWR # 10002038

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS<br><br>        Plaintiff<br><br>vs.<br><br>SHRAE HURT, et al.<br><br>        Defendants | CASE NO. 07-01432<br><br>JUDGE: Christopher A. Boyko<br><br>**ALIAS ORDER DIRECTING MASTER COMMISSIONER TO PROCEED WITH FORECLOSURE SALE** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This cause comes on for consideration upon the Motion of Plaintiff for an Order directing the foreclosure sale, at public auction, of the subject real property by master commissioner Rodger A. Pelagalli .

IT APPEARING to the Court that the Default Judgment and Decree in Foreclosure, entered by this Court on September 25, 2007, authorizes the sale of the property located at 8115 Jeffries Avenue, Cleveland, OH 44105.

IT FURTHER APPEARING to the Court that a master commissioner should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the Motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and

that master commissioner Rodger A. Pelagalli is hereby ordered and directed to proceed with the sale of the real property located at 8115 Jeffries Avenue, Cleveland, OH 44105.

    IT IS SO ORDERED.

                          s/Christopher A. Boyko
                          United States District Court Judge
                          July 21, 2008

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/: Benjamin N. Hoen              .
Benjamin N. Hoen (0077704)
Attorney for Plaintiff
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
Phone: (216) 685-1170  Fax: (216) 363-4034
e-mail: bhoen@weltman.com